1 | BENJAMIN B. WAGNER
United States Attorney
2 | JILL M. THOMAS
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2781



**FILED**

OCT 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | 11-SW-0440 KJN |
| | 11-SW-0438 KJN |
| SEARCH WARRANTS AUTHORIZED FOR THE PREMISES LOCATED AT: | |
| 3525 LA GRANDE BLVD. SACRAMENTO, CA | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
| 6851 FRONT STREET SACRAMENTO, CA | |

The United States applied for an order permitting its agents to destroy bulk marijuana, that is approximately 2,566 marijuana plants, that it seized in this matter pursuant to duly authorized search warrants. Having read and considered the papers filed by the United States, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, the bulk marijuana, that is approximately 2,566 marijuana plants, seized during the investigation. For evidentiary purposes, the marijuana plants

1

shall be counted and, if possible, weighed.  Additionally, the garden shall be photographed and/or videotaped, and a representative sample taken and retained from each location.

Dated: October 12, 2011

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
U.S. Magistrate Judge